UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO GRULLON,

        Plaintiff,        18-cv-3129 (JGK)

- against -        ORDER

THE ADMINISTRATION FOR CHILDREN'S
SERVICES, ET AL.,

        Defendants.

**JOHN G. KOELTL, District Judge:**

The City of New York is directed to provide the service address for the individual defendants by **November 15, 2019**. Upon receiving the address, the Court will issue a service order, directing the Marshals to serve.

SO ORDERED.

Dated:    New York, New York
           November 8, 2019

                                      John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-12-19