**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROLANDO GRULLON,

                     Plaintiff,

      -against-                          18 **CIVIL** 3129 (LJL)

                                                **JUDGMENT**

THE ADMINISTRATION FOR CHILDREN'S
SERVICES, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 16, 2021, Defendants' motion to dismiss the SAC for a failure to state a claim is GRANTED. The Second Circuit has made clear that district courts "should not dismiss without granting leave to amend at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated." *Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir. 2000). Although Plaintiff has already been given several opportunities to amend, the Court deems it prudent to give Plaintiff another chance. Accordingly, Plaintiff shall have until May 14, 2021 to file a third amended complaint; accordingly, the case is closed, without prejudice to re-opening upon Plaintiff's filing of a third amended complaint before May 14, 2021.

**Dated:** New York, New York

      March 17, 2021

                                                       **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                                   **BY:**
                                                        **Deputy Clerk**